# IN THE MATTER OF ELIZABETH DENISON, JAMES DENISON, SCIPIO DENISON AND PETER DENISON, JR.

### 1807

JOURNAL ENTRIES

1. Writ of habeas corpus ordered . . . . . *Journal, infra,* \*p. 55
2. Arguments heard . . . . . . . . . . . " 55
3. Decision . . . . . . . . . . . . . " 63
4. Opinion . . . . . . . . . . . . . " 63

PAPERS IN FILE

1. Writ of habeas corpus . . . . . . . . . *Printed in Vol. 2*
2. Return to writ of habeas corpus . . . . . . . "